# Court of Appeals
# of the State of Georgia

ATLANTA, __December 21, 2020__

*The Court of Appeals hereby passes the following order:*

## A21A0465.  ABEL TOBAR CISNEROS v. THE STATE.

This appeal was docketed in this Court on October 7, 2020. After Appellant failed to file a brief by October 27, 2020, this Court issued an order on November 10, 2020, requiring Appellant to file his brief no later than November 20, 2020. That order further provided that Appellant's failure to file a brief by November 20 would result in the dismissal of this appeal.

As of the date of this order, Appellant's enumeration of errors and brief still have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rules 7, 23 (a).

Nothing in this order shall preclude Appellant from filing a timely motion for reconsideration and seeking reinstatement of the appeal. Because procedural deficiencies have deprived Appellant of the right of appellate review, Appellant is hereby informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995):

> This Court has dismissed your appeal because an enumeration of errors and a brief have not been filed on your behalf as required. If this failure occurred while you were represented by legal counsel and was due to your appellate counsel's failure to perform the duties of appellate counsel, and if you still wish to appeal, you may file a motion in the trial court for permission to pursue an out-of-time appeal. If the trial court grants your motion for an out-of-time appeal, you will have 30 days

from the filing date of the order granting your motion to file in the trial court a notice of appeal from the judgment of conviction and sentence. If the trial court denies your motion for an out-of-time appeal, you will have 30 days from the filing date of the order denying your motion to file in the trial court a notice of appeal from that order.

The Clerk of Court is directed to send a copy of this order to Appellant as well as to Appellant's attorney of record, if any. Appellant's attorney is also directed to send a copy of this order to Appellant.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/21/2020*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen